An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

IN THE MATTER OF THE
HONORABLE MICHELLE LEAVITT,
EIGHTH JUDICIAL DISTRICT COURT,
DEPT. 12, COUNTY OF CLARK, STATE
OF NEVADA.

No. 67987

**FILED**

JUL 15 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
CHIEF DEPUTY CLERK

## *ORDER ADMINISTRATIVELY CLOSING CASE*

This matter was docketed in this court on May 13, 2015, with the filing of a certified copy of the Stipulation and Order for Public Reprimand. *See* Procedural Rules of the Nevada Commission on Judicial Discipline ("PRJDC"), Rule 28(2) (upon the filing of adoption and filing of a decision, the commission must file a certified copy of the decision with the clerk of the supreme court). Respondent did not subsequently file a notice of appeal with the clerk of the commission. *See* PRJDC 34(2); NRAP 3D(d). Accordingly, the clerk of this court is directed to administratively close this matter.

It is so ORDERED.

_____, C.J.

cc: Nevada Commission on Judicial Discipline
Law Offices of Kermitt L. Waters

 

15-21477